## GEORGE W. TRAVIS vs. JOHN B. HADDEN.

Terms upon which defendant was allowed to open default and amend a special plea, where his excuse was a misapprehension of the practice.

*Motion by defendant for leave to amend his second and amended plea of bankrupt's discharge, by setting out facts to show that the court had jurisdiction.*—Declaration served 9th April, 1844. On the 30th April, pleas were served. On the 3d July, a demurrer to defendant's second plea was filed, and on the 8th July served. On the 2nd August, an

amended plea was served, and on the 12th August a demurrer to that was filed and served, and rule requiring defendant to join in demurrer. On the 8th October default was entered for not joining in demurrer, and cause noticed for trial an the issue of fact for November circuit. Defendant states until after the September special term, he was ignorant of the decision and rule of practice of this court in 5 Hill, 327; as soon as he had learned such practice, he prepared papers and served them for a motion at October special term, but they were served too late for said term, and he makes the motion at the next and present term.

S. F. Shepard, *Defts Counsel.*    Bashford & Ketchum, *Defts Attys.*
A. Taber, *Plffs Counsel.*        Wm. Nelson, *Plffs Atty.*

Plaintiff's counsel insists the motion is too late, it should be denied on the ground of delay.

Defendant's counsel insists, that under the state of facts as shown by defendant, his being unaware of the decision of this court and using due diligence after he ascertained such decision, should be a sufficient excuse. 58] *Decision.*—Motion granted on payment of costs of default, circuit and demurrer and costs of opposing motion.